THE PEOPLE OF THE STATE OF NEW YORK v. JAMES L. BUNNELL.— Motion to dismiss appeal granted unless appellant procure the appellant's points to be

filed on or before November 11, 1929, with notice of argument for December 3, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.